1022

**Walter Carl EWING, Appellant, v. UNITED STATES of America.**

No. 14172.

United States Court of Appeals
Eighth Circuit.

June 13, 1950.

Walter Carl Ewing, pro se.

Drake Watson, United States Attorney, and William J. Costello, Assistant United States Attorney, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellee.

**A. E. WAXBERG and Wm. A. Birklid, Appellants, v. Alpheld Hjalmar NORDALE and Arnold Mauritz Nordale, cotrustees of the Nordale Estate Trust, Appellee.**

No. 12356.

United States Court of Appeals
Ninth Circuit.

June 19, 1950.

Warren A. Taylor and George B. McNabb, Jr., Fairbanks, Alaska, Bailey E. Bell, Anchorage, Alaska, for appellants.

Maurice T. Johnson, Fairbanks, Alaska, for appellee.

Before HEALY, Circuit Judge, and MATHES and DRIVER, District Judges.

PER CURIAM.

The judgment of the District Court is affirmed. See Nordale v. Waxberg, D.C. Alaska, 4 Div. 1949, 84 F.Supp. 1004; United States v. United States Gypsum Co., 1948, 333 U.S. 364, 395, 68 S.Ct. 525, 92 L.Ed. 746; Butte & Superior Copper Co. v. Clark-Montana Co., 1919, 249 U.S. 12, 30, 39 S.Ct. 231, 63 L.Ed. 447.

**Roy H. MARSH, Appellant, v. UNITED STATES of America.**

No. 14144.

United States Court of Appeals
Eighth Circuit.

June 7, 1950.

Lundy, Butler & Lundy, Eldora, Iowa, for appellant.

Tobias E. Diamond, United States Attorney, and William B. Danforth, Assistant United States Attorney, Sioux City, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. LOCAL 198, UNITED RUBBER, CORK, LINOLEUM AND PLASTIC WORKERS OF AMERICA, C.I.O.**

No. 14170.

United States Court of Appeals
Eighth Circuit.

June 27, 1950.

David P. Findling, Associate General Counsel, National Labor Relations Board, and A. Norman Somers, Assistant General Counsel, National Labor Relations Board, Washington, D. C., for petitioner.

Robert E. Shuff, Akron, Ohio, for respondent.

PER CURIAM.

Order of National Labor Relations Board enforced, on stipulation filed with Board, and Petition for Enforcement.